UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY TAI, an individual; SHUIKEE COMPANY LIMITED, and GOLDEN ESSENCE GLOBAL LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>JEFF N. CROSSLAND, an individual; and Does 1-10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-09305-MCS-MAA<br><br>**STIPULATED JUDGMENT** |

**IT IS HEREBY ADJUDGED, ORDERED, AND DECREED:**

     Plaintiffs Gary Tai, ShuiKee Company Limited, and Golden Essence Global Limited (collectively, "Plaintiffs") shall recover from defendant Jeff N. Crossland a/k/a/ Jeffrey N. Crossland (having a social security number ending in 4902 and a birthdate of July 9, 1956) ("Defendant") the stipulated amount of one million three hundred thousand dollars ($1,300,000) together with interest at the prevailing rate on all amounts unpaid until such time as the judgment is satisfied.

/ / /

If, however, Defendant pays Plaintiffs nine hundred thousand dollars ($900,000) within three years of entry of this Judgment, the remainder of the Judgment amount shall be forgiven. If Defendant pays some money but less than nine hundred thousand dollars ($900,000) to Plaintiffs within three years of the date of entry of this Judgment, then the amount paid shall be credited to the amount then due plus the interest accrued thereon.

If Defendant does not pay Plaintiffs the full nine hundred thousand dollars ($900,000) within three years of the date of entry of this Judgment, Defendant shall be liable for all fees and costs incurred by Plaintiffs for all collection efforts.

All parties waive their costs and fees associated with the lawsuit.

The Court shall retain jurisdiction over any issues concerning this Stipulated Judgment or the Stipulation for Entry of Judgment.

**IT IS SO ORDERED.**

Dated: February 23, 2021

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE